544

*Messrs. Frank J. Hogan* and *Edmund L. Jones* for respondent.

No. 54. MITCHELL, INSURANCE COMMISSIONER OF CALIFORNIA, *v.* MAURER ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question of the validity of the appointment of ancillary receivers upon the petition of the primary receivers, and attention is directed to McCandless *v.* Furlaud, No. 11 on the present docket (*ante,* p. 67). *Mr. Frank L. Guerena* for petitioner. *Messrs. Edward D. Lyman* and *P. B. Plumb* for respondents.

No. 107. OLD MISSION PORTLAND CEMENT CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted limited to the question of the right of the taxpayer to deductions (a) on account of amortization of bond discount and (b) on account of contributions to the San Francisco Community Chest. *Mr. George E. H. Goodner* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman, Miss Helen R. Carloss,* and *Messrs. Erwin N. Griswold* and *James W. Morris* for respondent.